**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

Eastern District of Kentucky
FILED
OCT 14 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INFORMATION NO. 3:26-CR-13-REW-EBA**

**BILLY JOE HARLOW**

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2251(a) & (e)**

On or about a date in 2023 and continuing through a date in 2026, the exact dates unknown, in Trimble County, in the Eastern District of Kentucky, and elsewhere,

**BILLY JOE HARLOW**

conspired with another to employ, use, persuade, induce, entice, and coerce Minor Victim 1 and Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a) & (e).

**COUNT 2**
**18 U.S.C. § 2252(a)(2)**

In or about a date in 2023 and continuing through a date in 2026, in Trimble County,

in the Eastern District of Kentucky,

**BILLY JOE HARLOW**

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involving the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

**COUNT 3**
**18 U.S.C. § 2260A**

On or about a date in 2023 and continuing through a date in 2026, the exact dates unknown, in Trimble County, in the Eastern District of Kentucky,

**BILLY JOE HARLOW,**

an individual required to register by Federal and other law to register as a sex offender, committed a felony offense involving a minor, that is, Conspiracy to Produce Visual Depictions Involving a Minor Engaged in Sexually Explicit Conduct under Title 18, United States Code, Section 2251(a) & (e), all in violation of Title 18, United States Code, Section 2260A.

**FORFEITURE ALLEGATION**
**18 U.S.C. § 2253**

1. By virtue of the commission of the offense alleged in Counts 1 and 2 of this Information, **BILLY JOE HARLOW** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C.

§ 2251 or 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation; and any property, real or personal, used or intending to be used in the commission or promotion of the violation, or traceable to such property. Any and all interest that **BILLY JOE HARLOW** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**

a. Samsung cellphone, SM-A146U, S/N: R9TXB0V51SL;
b. Any other electronic devices seized from the Defendant's residence on or about March 23, 2026, which contain visual depictions related to the violations or were used or intended to be used in the commission of the violations; and
c. All software and peripherals which are contained on or associated with the listed computers and/or cellular phones.

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ERIN M. ROTH**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:** Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

If one prior conviction under chapter 110, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, not less than 25 years nor more than 50 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

If two or more prior convictions under chapter 110, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to the sexual exploitation of children, not less than 35 years nor more than life imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 2:** Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release, BUT

If such person has a prior qualifying conviction under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such person shall be fined under this title and imprisoned for not less than 15 years nor more than 40 years.

**COUNT 3:** Imprisonment for ten years served consecutively to the term of imprisonment imposed for the felony offense(s) involving a minor; a fine of not more than $250,000; and a term of supervised release of not more than 3 years.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

A mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b).

(2) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable.