UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CRIMINAL MINUTES – RE-ARRAIGNMENT AND PLEA

Case No. 3:26-cr-13-REW-EBA-1 At Frankfort Date October 26, 2026

USA vs Billy Joe Harlow x present x custody ___ bond ___ OR Age 65

DOCKET ENTRY: The defendant appeared with counsel for waiver of Indictment, filing of an Information, and entry of a guilty plea to the Information. Proceedings were held as noted. United States Probation Officer Deryn Warren was also present. The defendant waived the right to proceed before the United States District Judge for this proceeding. Financial Affidavit previously executed and filed in 5:26-j-3069-EBA at R. 5. The Consent to Plead Before the United States Magistrate Judge shall be filed into the record. The defendant executed a Waiver of Indictment in open court. The Court found the defendant to be fully competent and capable of entering an informed plea. Further, the guilty plea is knowing and voluntary, supported by an independent basis in fact, and contains the essential elements of the offense charged in the Information. Therefore, the Court recommends that the plea should be accepted, and the Defendant should be adjudged guilty of offenses charged in Counts 1, 2, and 3 of the Information. A separate Recommendation concerning acceptance of the plea will be entered.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

PRESENT: HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Jacob Jones | Audio File | None | Erin Roth |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Deft: Doreen Helen-Marie Thompson x present ___ retained x appointed

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-FRK_3-26-cr-13-REW-EBA-1_20261026_104714

PROCEEDINGS: WAIVER OF INDICTMENT; FILING OF INFORMATION AND GUILTY PLEA

x Waiver of Indictment executed in open court and filed. X Information filed.

x Defendant states true name is Billy Joe Harlow.

x Attorney Doreen Helen-Marie Thompson continued appointment as appointed counsel under the Criminal Justice Act.

x Defendant formally arraigned and specifically advised of rights, pursuant to Rule 11, F.R.Cr.P.

_x_ Defendant pleads X GUILTY to the Information.

_x_ Defendant agrees with the facts contained in the forfeiture allegation.

_x_ BINDING PLEA AGREEMENT tendered to the Court.

____ The Jury Trial canceled as to this defendant.

____ The transcript shall be deemed the written findings of the Court.

_x_ Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

_x_ Defendant remanded to custody of the U. S. Marshal.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**

Copies: COR, USP, USM

Initials of Deputy Clerk jj
TIC: 1/09