Eastern District of Kentucky
FILED
OCT 26 2026
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

**CRIMINAL ACTION NO. 3:26-CR-13-REW-EBA** ______________

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **WAIVER OF INDICTMENT**

**BILLY JOE HARLOW** **DEFENDANT**

* * * * *

I understand that I have been accused of an offense punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

______________________
Billy Joe Harlow
Defendant

______________________
Dori Thompson
Attorney for Defendant

Before: ______________________
UNITED STATES MAGISTRATE JUDGE

Date: 10/26/2026